# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2408

_____

Richard W. Caw,                             *
                                            *
            Appellant,                      *
                                            *   Appeal from the United States
      v.                                    *   District Court for the Western
                                            *   District of Missouri.
Kenneth S. Apfel, Commissioner of           *
Social Security,                            *        [UNPUBLISHED]
                                            *
            Appellee.                       *

_____

Submitted:  January 12, 2000

Filed:  January 20, 2000

_____

Before HANSEN, BRIGHT, and FAGG, Circuit Judges.

_____

PER CURIAM.

Richard W. Caw appeals the district court's order affirming the Commissioner's decision to deny Caw supplemental security income benefits. Having reviewed the record and the parties' briefs, we conclude that no error of law or fact appears. We are also satisfied this case presents no novel issues to justify an extended opinion. We find substantial evidence on the record as a whole supports the decision of the Commissioner, and Caw is not disabled for social security purposes. We thus affirm

on the basis of the district court's ruling without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.